IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES MICHAEL WIILLIAMS, #148238, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:09-cv-0375-TMH |
| ) | WO |
| CONNIE BEDSOLE, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #48) to the Recommendation of the Magistrate Judge filed on September 28, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #43) filed on September 6, 2012 is adopted;

3. The defendant's motion for summary judgment is GRANTED and this case is DISMISSED with prejudice.

Done this the 3rd day of October, 2012.

                                     /s/ Truman M. Hobbs
                                     TRUMAN M. HOBBS
                                     SENIOR UNITED STATES DISTRICT JUDGE